## Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

1517 Voorhies Avenue, 2nd Floor
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 718.934.8992

Reply to: [X] Syosset Office
[ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Steven E. Shumer
Joel G. Wexler

Brian P. Schechter
Brad A. Schlossberg
Randi E. Taub
Christopher T. Wellington

of counsel:

Lawrence P. Krasin
Andrew M. Lamkin

also admitted in New Jersey*

May 22, 2018

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

      Re: Peter Parkes
      Docket No.: 18-40294

Dear Judge Lord:

This letter shall serve to advise the Court that the Debtor consents to the Trustee's Motion to Dismiss that is scheduled for May 23, 2018.

Should you have any questions, please feel free to contact me.

      Respectfully,

      Heath S. Berger

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)